IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY EDWARDS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:10-CV-472-WKW |
| | ) |
| MONTGOMERY COUNTY, ALABAMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

There being no objections to the Report and Recommendation (Doc. # 6) of the Magistrate Judge ("Recommendation"), and after an independent review, it is ORDERED as follows:

(1) The Recommendation is ADOPTED;

(2) To the extent Plaintiff challenges the outcome of a state court proceeding, the claim is DISMISSED for lack of subject matter jurisdiction, pursuant to Federal Rule of Civil Procedure 12(h)(3);

(3) Any other claims against Judge Kelly are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii), and;

(4) Any other claims against Montgomery County are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), and

(5) This case is DISMISSED.

Final judgment will be entered separately.

DONE this 28th day of June, 2010.

                                                 /s/ W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE